In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-538 CR


____________________



EX PARTE HENRY BOUTTE






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 2146 (94956)






 MEMORANDUM OPINION 


 On November 28, 2006, the trial court denied Henry Boutte's application for writ of
habeas corpus without conducting an evidentiary hearing or issuing the writ of habeas
corpus. We questioned our jurisdiction over the appeal. We received no response.

 No appeal lies from the refusal to issue a writ of habeas corpus unless the trial court
rules on the merits of the applicant's claim. Ex parte Hargett, 819 S.W.2d 866 (Tex. Crim.
App. 1991); Noe v. State, 646 S.W.2d 230 (Tex. Crim. App. 1983). In this case, the trial
court did not address the merits of Boutte's petition. The trial court did not issue a writ of
habeas corpus, nor did the court conduct an evidentiary hearing on the application for the
writ. Compare Ex parte Silva, 968 S.W.2d 367 (Tex. Crim. App. 1998); Ex parte
McCullough, 966 S.W.2d 529 (Tex. Crim. App. 1998). We hold we have no jurisdiction
over this appeal. Accordingly, it is ordered that the appeal be dismissed for want of
jurisdiction.

 APPEAL DISMISSED.

 

 ____________________________

 CHARLES KREGER

 Justice


Opinion Delivered January 17, 2007 

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.